# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151899(68)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERNESTO EVARISTO URIBE,
      Defendant-Appellant.
_____/

SC: 151899
COA: 321012
Eaton CC: 13-020404-FC

On order of the Court, the motion for reconsideration is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016



Clerk